■ TRAVELERS INSURANCE COMPANY, Appellant, v. WARD BULLDOZER SERVICE COMPANY et al., Respondents.— In an action by a compensation carrier as assignee of the injured person's cause of action (Workmen's Compensation Law, § 29, subd. 2), the appeal is from a judgment entered in favor of respondents upon a jury verdict. Judgment reversed and new trial granted, with costs to abide the event. The questions of fact have been considered and a new trial would not be granted on those questions. In our opinion, it was prejudicial error to exclude the proffered testimony of appellant's expert concerning the customary use of a chain when moving logs with tractor-shovels (*Garthe* v. *Ruppert,* 264 N. Y. 290, 296; *Regan* v. *Eight Twenty Fifth Corp.,* 287 N. Y. 179; *Lerner* v. *Sears, Roebuck & Co.,* 274 App. Div. 905; *Rickerson* v. *Hartford Fire Ins. Co.,* 149 N. Y. 307, 316; *Rosenstein* v. *McGutcheon,* 155 App. Div. 278, 281). Nolan, P. J., Beldock, Murphy, Hallinan and Kleinfeld, JJ., concur.